UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF
FLORIDA

1:09cv186 MP/AK

| | |
|---|---|
| GARY GENE WRIGHT,<br>　　　　PLAINTIFF, | CASE NO. |
| VS. | JUDGE |
| JOHN H. RUTHERFORD, SHERIFF;<br>DESTINY JONES, DEPUTY SHERIFF;<br>K.S. BUSH, DEPUTY SHERIFF;<br>J.E. SMITH, DEPUTY SHERIFF;<br>D.L. BAKER, DEPUTY SHERIFF;<br>M.J. POWERS, DEPUTY SHERIFF; | JURY TRIAL DEMAND |
| 　　　　DEFENDANTS,<br>　　　　ET. AL; | A CIVIL RIGHTS COMPLAINT |

PROVIDED TO CENTURY CI ON AUG 27 2009 FOR MAILING

### COMPLAINT

1) THIS IS A CIVIL RIGHTS COMPLAINT FILED "PRO-SE" BY GARY GENE WRIGHT, A FLORIDA CITIZEN AND RESIDENT, TO REDRESS THE DEPRIVATION AND VIOLATION OF OF FEDERAL CONSTITUTIONAL RIGHTS, STATE CONSTITUTIONAL RIGHTS, BY PERSONS ACTING UNDER COLOR OF STATE LAW, STATUTE, ORDINANCE, REGULATION, CUSTOM AND USAGE ACTING IN CONCERT, ENGAGED IN A PATTERN OF RACKETEERING ACTIVITY IN VIOLATION OF PRESENT R.I.C.O. STATUTES, FILED PURSUANT TO TITLE 42 U.S.C. § 1983, § 1985, § 1986, § 1988.

(ALL DEFENDANTS ARE SUED IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES)

Filed 0901'09 USDCFln1PM1250

## JURISDICTION

2) Jurisdiction is conferred unto this Honorable Court pursuant to Title 28 U.S.C. § 1343, Title 28 U.S.C. § 1331. Plaintiff invokes supplemental and pendant jurisdiction as well for any state law claims arising out of the same acts alleged herein.

## PARTIES

3) Plaintiff Gary Gene Wright is a Florida resident, presently incarcerated within the Florida Department of Corrections housed at Century Correctional Institution 400 Tedder Road, Century, Florida, 32535.

4) Defendant John H. Rutherford, is the Sheriff for Jacksonville County Sheriffs Office, Jacksonville Florida whom has a office located at 501 East Bay Street, Jacksonville, Florida 32202.

5) Defendant Destiny Jones, is a Deputy Sheriff, for Jacksonville County Sheriffs Office, Jacksonville, Florida, 501 East Bay Street, Jacksonville Florida, 32202.

6) Defendant K.S. Bush, is a Deputy Sheriff, for Jacksonville County Sheriffs Office, Jacksonville, Florida, 501 East Bay Street Jacksonville Florida, 32202.

7) Defendant J.E. Smith, is a Deputy Sheriff, for Jacksonville County Sheriffs Office, Jacksonville, Florida. 500 Adams Street East, Jacksonville Florida, 32202,

8) Defendant D.L. Baker, is a Deputy Sheriff, for Jacksonville County Sheriffs Office, Jacksonville, Florida. 500 Adams Street East, Jacksonville Florida, 32202.

8A) Defendant M.S. Powers, is a Deputy Sheriff, for Jacksonville County Sheriffs Office, Jacksonville, Florida, 501 East Bay Street Jacksonville Florida, 32202.

## FACTS

9) Defendants named herein are involved in illegal agreements, improper relationships, criminal activity for reasons related to their own financial, personal, political interests, rather than protecting plaintiffs federal and state constitutional rights which they were charged with a duty to protect.

2

### FACTS CONTINUED

10) PLAINTIFF GARY GENE WRIGHT IS A VICTIM OF STATE OFFICIALS ACTING IN CONCERT WITH PRIVATE CITIZENS, TO MAIM, CRIPPLE, BRUTALLY BEAT HIM, IN "RETALIATION" FOR BEING ACCUSED OF THE DEATH OF A SHERIFFS DEPUTYS RELATIVE.

11) PLAINTIFF GARY GENE WRIGHT WAS BRUTALLY BEATEN, DISFIGURED, AND MAIMED ON JUNE 23, 2008 AT THE PUBLICS EXPENSE, THROUGH A PATTERN OF RACKETEERING ACTIVITY, FALSIFIED OFFICIAL DOCUMENTS, COVER UPS, TO MAXIMIZE DEFENDANTS PROFITS, AND ADVANCE POLITICAL POSITIONS, WHILE UNDER THE CARE, CUSTODY, CONTROL AND MANAGEMENT OF DEFENDANTS HEREIN.

12) DEFENDANT JOHN H. RUTHERFORD, SHERIFF HEREIN, CREATED A POLICY AND AND PRACTICE, OF FAILING TO SUPERVISE DEPUTY SHERIFFS, WITH THE FORESEEABLE RESULT THAT CITIZENS ACCUSED OF CRIMES IN HIS CUSTODY, WOULD BE SUBJECT TO BRUTAL BEATINGS, BY FELLOW INMATES, FOR A LACK OF "KEEP SEPARATE" TRAINING, AND SECURITY BREACHES.

13) DEFENDANT DESTINY JONES REQUESTED THAT HER COUSIN AQUILA JONES, BE PLACED IN THE "SAME CELL" AS PLAINTIFF, IN JACKSONVILLE COUNTY JAIL, TO ARRANGE FOR THE BRUTAL BEATING, DISFIGUREMENT, AND MAIMING OF PLAINTIFF, IN RETALIATION, FOR BEING ACCUSED OF KILLING CORDERO JONES, JANUARY 13, 2008, SHERIFF JONESES COUSIN.

14) ON JUNE 23, 2008 WHILE ASLEEP, IN HIS CELL, UNDER THE CARE CUSTODY, CONTROL, AND MANAGEMENT, OF DEFENDANTS HEREIN, DEFENDANT SMITH, KNOWING PLAINTIFF WAS ACCUSED OF KILLING CORDERO JONES, THROUGH NEWSPAPER COVERAGE, T.V. NEWS, KEEP SEPARATE CARD IN THE UNIT PODS, OPENED PLAINTIFFS DOOR, AND TURNED HIS BACK, WHILE AQUILA JONES, ("BROTHER OF CORDERO JONES"), AND "2 OTHER" AFRICAN AMERICAN DETAINEES, ENTERED PLAINTIFFS CELL, AND BRUTALLY BEAT HIM.

15) AS A RESULT OF THE BRUTAL BEATING, PLAINTIFFS ARM WAS VIOLENTLY BROKEN, HE RECEIVED MULTIPLE KICKS TO THE HEAD, BACK, CHEST, LEGS, FACE, SUFFERING BLUNT FORCE TRAUMA, BRIEF UNCONSCIOUSNESS, LOSS OF BREATH, MILD CONCUSSION, PAIN, AND AGONY.

16) AS A DIRECT RESULT, OF THE BRUTAL BEATING, AND VIOLENT, VICIOUS, DELIBERATE BREAKING OF PLAINTIFFS ARM, PLAINTIFF LOSS THE USE OF HIS LEFT ARM FOR 13 MONTHS, AND SUFFERS LIMITED USE OF HIS ARM WITH RECURRENT PAIN AND SUFFERING.

17) After confirming plaintiff was attacked, and brutally beaten, defendant Destiny Jones, requested her fellow officers defendant K.S. Bush, prepare a falsified arrest report, charging plaintiff, with battery on inmate of detention facility, FL. ST. 784.082(3), Felony 3rd Degree, while fellow officer defendant J.S. Smith, falsely stated Aquila Jones was incorrectly placed, in the same cell, as his brothers accused killer, with approval from defendants Baker, Powers.

18) Defendant Smith falsely asserted to a Sheriffs Official (Defendant K.S. Bush herein) that "witnesses" told him, Aquila walked in to the cell, to talk to plaintiff, and a fight ensued. Defendant K.S. Bush, falsely stated, in the probable cause affidavit, number 2008024134 attached herein, that no witnesses came forward.

19) Jail officials policy, and employees code of conduct, with department policy and procedure, require jail officials, to follow a procedure, of writing down names of inmates in a unit, already listed on the unit housing list, whom are witnesses, to an assault, or violation of detention housing rules. Defendant Smith, wrote down the names of the witnesses, kept them from defendant Bush, to further the scheme, to retaliate against plaintiff, for being accused of killing defendant Destiny Jones cousin, Cordero Jones.

20) At the taxpayers expense, plaintiff was treated for his broken arm, and transported to a outside hospital, doctors noted defensive wounds, during diagnosis, and treatment, and told plaintiff, had he received any more kicks to the head, it would of been fatal.

21) Defendant M.J. Powers supervised, the falsification of the arrest report, and approved the defendants Smith, and Bush's, submission of the false and misleading information, contained in the report, and transmitted the official state document, through the facsimile, knowing it to be falsified, committing wire fraud, sending a copy through the United States mail, all affecting interstate commerce, to create jobs, with approval from defendant D.L. Baker admission

22) Defendant Rutherfords policy and practice, designed to create conditions, in which citizens can be attacked, while under his detention agencys control, care, custody, and management, while his arresting agency, can falsify charging information, with the foreseeable result, that no adequate security, investigation, video surveillance, would be had, violates plaintiffs state and federal constitutional rights, by failing to act to prevent such incidents, conditions, beatings and jobs, in the guise of serving and protecting the public.

4

## CLAIMS

23) THE DELIBERATE ACT OF PLACING AQUILA JONES, IN PLAINTIFFS CELL, IN VIOLATION OF DEPARTMENT POLICY, PROCEDURE, AND PROTOCOL, WAS A DIRECT AND PROXIMATE RESULT, OF PLAINTIFFS DISFIGUREMENT, AND BROKEN ARM IN WHICH HE SUFFERS, AND CONTINUES TO SUFFER, LIMITED USE OF HIS ARM, AND HEARING ABILITY.

24) THE ACTS, PRACTICES, AND POLICYS, OF DEFENDANTS HEREIN, WERE DONE WITH A WILLFUL, WANTON, RECKLESS DISREGARD, FOR PLAINTIFFS LIFE, AND VIOLATED HIS 4TH 5TH 6TH 8TH AND 14TH AMENDMENTS TO THE UNITED STATES CONSTITUTION

25) THE ACTS, PRACTICES, AND POLICYS, OF DEFENDANTS HEREIN, WERE DONE IN CONSPIRACY WITH EACH DEFENDANT, WITH A DELIBERATE INDIFFERENCE TO, THE RIGHTS OF THE PLAINTIFF.

26) THE ACTS, PRACTICES, AND POLICYS, HEREIN, CAUSED PLAINTIFF TO SUFFER EXTREME EMOTIONAL MENTAL DISTRESS, EXTREME EMOTIONAL MENTAL DURESS, AND WAS DEPRIVED THE RIGHT, TO BE SAFE, AND SECURE, WHILE IN CUSTODY OF DEFENDANTS AGENCY, CONTRARY TO EXISTING LAW.

27) THE ACTS, PRACTICES, AND POLICYS HEREIN, CAUSED PLAINTIFF TO BE PERMANENTLY DISABLED, MISS MEALS, NOT SLEEP, BECOME SICK, HAVE MEMORY LOSS, SUFFER TRAUMATIC BRAIN INJURY, AND BECOME SICK IN OTHER MANNERS, AND IMPAIR HIS HEARING.

28) THE ACTS, PRACTICES, AND POLICYS OF DEFENDANTS, WERE DONE IN A JOINT DERELICT OF DUTY, IN BAD FAITH, WITH ILL WILL, TO RETALIATE, IN VIOLATION OF CLEARLY ESTABLISHED LAW, AT THE TIME OF THE ACTS AFOREMENTIONED

29) THE ACTS, PRACTICES, AND POLICYS, OF FALSIFYING OFFICIAL STATE DOCUMENTS, AT THE PUBLICS EXPENSE, USING THE U.S. MAIL, AND FACSMILE, TO TRANSMIT THE DOCUMENTS, VIOLATE PRESENT R.I.C.O. STATUTES.

30) THE DEFENDANTS ACTS HEREIN, VIOLATE THE PLAINTIFFS RIGHTS, UNDER THE FLORIDA CONSTITUTION, AND WERE DONE WITH A DELIBERATE INDIFFERENCE, TO PLAINTIFFS STATE CONSTITUTIONAL RIGHTS.

31) THE DEFENDANTS KNEW, OR SHOULD OF KNOWN, THAT THEIR ACTS, PRACTICES, AND POLICYS, WOULD VIOLATE PLAINTIFFS RIGHTS, JEOPARDIZED HIS LIFE, AND FAILED TO ACT TO PREVENT THE DEPRIVATIONS, IN A 'JOINT DERELICT OF DUTY.'

32) DEFENDANTS ACTS HEREIN, CONSTITUTED MAIL FRAUD, AND WIRE FRAUD, IN VIOLATION OF TITLE 18 U.S.C., 1341, TITLE 18 U.S.C. § 1343.

33) AS A DIRECT, AND PROXIMATE RESULT, OF DEFENDANTS WILLFUL, WANTON, ILLEGAL, UNJUSTIFIABLE, ACTS HEREIN, PLAINTIFF SUFFERED DAMAGES, WHICH INCLUDE PAST, PRESENT, FUTURE, MENTAL, PHYSICAL, PAIN AND SUFFERING, LOSS OF EMPLOYMENT, LOSS OF PROPERTY

34) AS A DIRECT RESULT OF DEFENDANTS RETALIATORY ACTS, PLAINTIFF SUFFERED UNNECESSARY PAIN AND SUFFERING, CONSTITUTING CRUEL AND UNUSUAL PUNISHMENT, SUFFERED A VIOLATION OF HIS CIVIL RIGHTS, BY THE NEGLIGENT, DELIBERATE INDIFFERENCE TO, STATE AND FEDERAL RIGHTS OF THE PLAINTIFF.

35) THE ACTS, PRACTICES, POLICYS AND CONDUCT OF THE SHERIFFS AGENCY THROUGH A PATTERN OF FALSIFYING OFFICIAL DOCUMENTS AND TRANSMITTING THEM BY FAX AND U.S. MAIL COMMITTING CRIMINAL CHARGES OF RACKETEERING ACTIVITY VIOLATE PRESENT RICO STATUTES WHILE COLLECTING MONEY FROM FLORIDA TAX PAYERS TO ACCOMPLISH THEIR GOAL, VIOLATING FEDERAL LAW.

## RELIEF

36) COMPENSATORY DAMAGES IN THE AMOUNT OF $750,000.00 FROM EACH DEFENDANT IN THEIR OFFICIAL CAPACITY

37) COMPENSATORY DAMAGES IN THE AMOUNT OF $750,000.00 FROM EACH DEFENDANT IN THEIR INDIVIDUAL CAPACITY.

38) PUNITIVE DAMAGES IN THE AMOUNT OF $500,000.00 FROM EACH DEFENDANT IN THEIR OFFICIAL CAPACITY.

39) PUNITIVE DAMAGES IN THE AMOUNT OF $500,000.00 FROM EACH DEFENDANT IN THEIR INDIVIDUAL CAPACITY.

40) TREBLE DAMAGES PURSUANT § 1964 CIVIL REMEDIES (C)

41) A PRELIMINARY INJUNCTION THAT REMOVES DEFENDANTS FROM THEIR JOBS RESPECTIVELY, RUTHERFORD, JONES, SMITH, BUSH, POWERS AND BAKER

42) A DECLARATORY JUDGMENT THAT THE ACTS PRACTICES POLICIES AND PROCEDURES OF THE DEFENDANTS VIOLATED PLAINTIFFS RIGHTS UNDER TITLE 42. U.S.C §§ 1983, §1985, § 1986 AND PRESENT RICO STATUTES.

43) A PRELIMINARY INJUNCTION THAT ORDERS A "CIVIL INVESTIGATIVE DEMAND" IN TO THE JACKSONVILLE SHERIFFS OFFICE :

44) A PERMANENT INJUNCTION THAT SEIZES THE PROPERTY PURCHASED BY DEFENDANTS, FROM MISAPPROPRIATING PUBLIC FUNDS, FOR PERSONAL GAIN.

45) ANY OTHER RELIEF DEEMED JUST AND EQUITABLE.


AUGUST 25TH, 2009.

RESPECTFULLY SUBMITTED

*[signature]*
GARY GENE WRIGHT

6

CENTURY C.I.
400 TEDDER RD
CENTURY, FL. 32535
E-1101-
# X-47361
PRO-SE

## VERIFICATION

I GARY GENE WRIGHT, ACKNOWLEDGE THAT I HAVE READ, THE FOREGOING COMPLAINT, AND UNDER PENALTY OF PERJURY, UNDERSTANDING THE OBLIGATION OF AN OATH, AVER THAT THE INFORMATION, AND FACTS, CONTAINED HEREIN, ARE TRUE AND CORRECT.

AUGUST 25TH, 2009.

_____
GARY GENE WRIGHT
CENTURY C.I.
400 TEDDER RD
CENTURY, FL. 32535
E-1101
X-47361
PRO-SE

(WRITTEN BY A INMATE MUTUAL LEGAL ASSISTANT.)

7

| First Appearance: | Continued: | Continued: | Continued: | Continued: | Continued: |
|---|---|---|---|---|---|
| Continued: | Continued: | Continued: | Continued: | Continued: | Continued: |

## Arrest And Booking Report
### Jacksonville Sheriff's Office
### Jacksonville Florida
## ADULT

*Yr:* **2008** *Inc #* **607746**   *Amend #*
*Jail #* **2008024139**   6/23/2008 16:44   *File Direct:* **YES**
*JSO ID #*   *Court:* **Circuit**
*SSN*   *OBTS #*

*Arresting Agency:* **Jacksonville Sheriff's Office**
*Day/Date/Time Arrested:* **Monday 6/23/2008 14:30**

*Name:* **WRIGHT, GARY GENE**
*Aliases:*
*Nickname(s):*
*Arrestee's Home Address:* **8981 IVEY RD**   *Apt./Lot #:*   *Sub-Sector:* **E2**
*City:* **JACKSONVILLE**   *State:* **FLORIDA**   *Zip:* **32216**
*Taz:* **347**   *Crossstreet:*   *OC deployed prior to/during Arrest:* **NO**
*Race:* **WHITE**   *Sex:* **Male**   *DOB:* **4/13/1982**   *Age:* **26**   *Eye Color:* **BLUE**
*Hair Color:* **GRAY/SALT & PEPPER**   *Complexion:* **TANNED**   *Height:* **5' 10"**   *Weight:* **160**   *Build:* **Thin**
*Miranda Rights Given?* **YES**   *Suspect Invoke?* **NO**   *Arrestee needs ADA Consideration?* **NO**

*Disability or Special Consideration:*

*Accommodations Requested:*

*Driver's License #*   *State:*   *Subject's Resident Type:* **CITY**
*Hm Phone #*   *Bus. Phone #*   *Phone Ext.*   *Arrest Made On:* **CALL**
*Subject's Residence Status:* **RESIDENT**   *Armed With:* **PERSONAL WEAPONS (HANDS/ FIST/ FEET/TEETH/ETC.)**
*Distinguishing Marks:* **LOO  OTHER (Flashy, smelly, jewelry, very dirty.**
*Employer:* **UNEMPLOYED**   *Place of Birth:* **Valdosta Lowndess GEORGIA**
*School Last Attended:* **UK**   *US Citizen:* **YES**

| *Domestic Violence Involved:* **NO** | *Children under 18 Present:* **NO** | *If No is it Domestic Related:* **NO** |
|---|---|---|

*Day/Date/Time of Incident-From:* **Monday 6/23/2008 14:25**   *Day/Date/Time of Incident-To:* **Monday 6/23/2008 14:30**
*Incident Address:* **500 ADAMS ST E**   *Apt./Lot #:*   *Sub-Sector:* **A3**
*City:* **JACKSONVILLE**   *State:* **FLORIDA**   *Zip:* **32202**
*Taz:* **97**   *Crossstreet:*
*Offense Location Type:* **Jail / Prison**   *Interviewed by:*
*Where Arrested:* **500 ADAMS ST E**   *Apt./Lot #:*   *Sub-Sector:* **A3**
*City:* **JACKSONVILLE**   *State:* **FLORIDA**   *Zip:* **32202**
*Taz:* **97**   *Crossstreet:*
*Involved in Traffic Accident:* **NO**   *Injuries from Accident:*   *Is Incident Gang Related:* **NO**   *Is Arrestee a Gang member?* **NO**

### Statute or Ordinance Number(s):  #1
*Statute No:* **784.082(3)**   *Degree:* **F3**   *UCR Code:* **130B**   *Attempt Code:* **Commit**   6/23/2008 - 16:41   *Updated:*
**BATTERY / INMATE OF DETENTION FACILITY UPON INMATE OR VISITOR**

| *Citation #* | *SA#* | *Warrant Type:* **Not Applicable** |
|---|---|---|
| *Capias/Warrant #* | *Case #* | *No. of Counts:* |

*Jurisdiction:*   *CT. Location/Div.:*   *Purge/Bond Type:*
*Bond Amount:* **$0.00**   *Date of Issue:*   *Date of Return:*   *Judge:*
*Disposition:*   *Disposition Date:*

### Blanket Bond: $0.00

*VOP/FTA ONLY*

| **ADLT** | *WRIGHT, GARY GENE* | **ARREST REPORT**   *Pg 1 of 4*   *Jail #* 2008024139 | **ADLT** |
|---|---|---|---|

| *Original Statute No.* | *Degree:* | *UCR Code:* | *Attempt Code:* **Commit** |
|---|---|---|---|

*Description:*

---

*ADDITIONAL INFORMATION* **1**   *Reporting Officer:* **K.S.BUSH 7507**
On 06-23-08, at 1438, I was dispatched to 500 E. Adams St (Jail) in reference to a battery on an inmate.

Upon arrival, I met with the complainant, JSO Corrections Officer J.E. Smith 7235. Officer Smith advised that the victim and suspect were involved in a fight while in their cell. Officer Smith advised that the suspect is currently incarcerated on charges of killing the victim's younger brother. Smith advised that they were incorrectly placed in the same cell today. Smith advised that he was told by witnesses that the victim walked in his cell to talk to the suspect about the murder of his younger brother, he advised that when he started to talk to the suspect, he suspect kicked him. Smith advised that the victim then fought back.

I met with the victim, Aquila Jones. Mr. Jones advised that when he realized today that his new cell mate was the person that killed his brother he called family members. Mr. Jones said that his family told him not to fight the suspect. Mr. Jones said that he went inside of the cell to talk to the suspect; he said that the suspect was sitting on the top bunk. He said once he made contact, the suspect kicked him in the face. Mr. Jones said after getting kicked, he pulled the suspect off the bed and started fighting him. Mr. Jones said that he sustained a bite on his left pinky finger from the ordeal.

I met with the suspect, Gary Wright. Mr. Wright was advised of Constitutional Rights. Post rights, the suspect said that he was in his cell sleep when the victim came in and started beating him.

During my investigation, no witnesses would come forward. I saw that the victim had a band-aid on his left pinky finger.

Additional charges given to the suspect.

---

*Transported By:* **K.S.BUSH #7507**   *Approving Supervisor:* **M.J.POWERS #6119**
*Arresting Officer(s) #1:* **K.S.BUSH #7507**   *#2:* **#0**
*Div Zone or Unit:* PATROL ZONE 1   *# of Cases Cleared:*

*State of Florida, County of Duval*   *Arresting / Transporting Officer's Signature:* _____

*Sworn to (or affirmed) and subscribed before me this_____ day of _____, 20____, by*

*Personally Known _____ or Produced Identification _____ Type of Identification produced:* _____

*Print, Type, or Stamp, Commissioned name of Notary Public*   *Signature of Notary - State of Florida Certified Law Enforcement Officer or Corrections Officer:*

### *Investigative Time:*
**#1 Hours: 1   Minutes: 0   Cost Amount: $14.46**

*Drug Activity:* **NOT APPLICABLE**   *Drug Type:* **NOT APPLICABLE**
*Alcohol Related:* **UNKNOWN (OR N/A)**   *Drug Related:* **UNKNOWN (OR N/A)**

*VICTIM: #1   Relationship to Suspect:* **OTHERWISE KNOWN**   *Race:* **B** *Sex:* **Male** *DOB:* **2/22/1985** *Age:* **23**
*Name:* **JONES AQUILA**
*Address:* **5803 POMPANO DR** *Apt./Lot #:*   *Sub-Sector:* **D1**
*City:* **JACKSONVILLE** *State:* **FLORIDA** *Zip:* **32277**
*Taz:* **191** *Crossstreet:* *Home Phone #   Bus. Phone #   Phone Ext.*

### *COMPLAINANT #1*   *DOB:   Age:* **0**
*Name:* **SMITH J E**
*Address:* **500 ADAMS ST E** *Apt./Lot #:*   *Sub-Sector of Arrest Location:* **A3**
*City:* **JACKSONVILLE** *State:* **FLORIDA** *Zip:* **32202**

---

**ADLT**   *WRIGHT, GARY GENE*   **ARREST REPORT**   *Pg 2 of 4*   *Jail # 2008024139*   **ADLT**

*Taz:* 97  *Crossstreet:*    *Home Phone #*    *Bus. Phone #* **(904)-630-0500**  *Phone Ext.*

### Jail Information (Back Door)
*Jail #* **2008024139**

*Date and Time Admited:* **6/23/2008 16:44**
*Juvenile/Court Clerk #*

### Triage Questions:
*Involved in Traffic Accident:* **NO**    *Injuries from Accident:*
*OC deployed prior to/during Arrest:* **NO**   *Was a hobble restraint used on the arrestee?* **NO**
*Does the arrestee exhibit any signs of suicidal behavior or attempts?* **NO**   *Does the arrested have any observable medical/mental health problems?* **NO**
*Has the arrestee shown any escape potential or violence propensity behaviors?* **NO**
*Is there any other information about the arrestee that jail personnel need to know?* **NO**
*If yes, what?*

### Part II of Arrest And Booking Report:

### Arrestee Personal Information:

| Special Needs: | |
|---|---|
| SOCIAL SECURITY # | OBTS # |
| Corrected Name of Suspect: | Corrected DOB: |
| Place of Birth: | Religion: |
| Height:    Weight:    Build: | Defense Attorney: |
| Marital Status: | Length of Present Emploment: Yrs.   Months |
| Education (# of years) | Occupation: |
| Employer: | How long in Jax.    Local Prior Arrests: |
| Employer Address: | |
| Next of Kin, Name: | Relationship: |
| Next of Kin Address & Ph #: | |

| Admission Officer ID #: **D.L.BAKER #7489** | Searching Officer ID #: |
|---|---|
| Property Officer ID #: | Fingerprinting Officer ID #: |
| | |
| Booking Officer ID #: | Date &Time Booked: |
| Arraignment: | Trial: |
| Date Exp. Sentence:   Gain Time: | Bond Hearing: |
| Blanket Bond:   Court Cost:   Reduced Bond:   By: | |
| How Prisoner Released: | ROR or Bonded by: |
| Releasing Officer ID#: | Release Date & Time: |
| Releasing Sergeant ID#: | |

**ADLT**   WRIGHT, GARY GENE          **ARREST REPORT**  *Pg 3 of 4*   *Jail #* 2008024139   **ADLT**

| Continued: | Continued: | Continued: | Continued: |
|---|---|---|---|
| Continued: | Continued: | Continued: | Continued: |
| Continued: | Continued: | Continued: | Continued: |
| Continued: | Continued: | Continued: | Continued: |

| Jail Remarks: | Chemical Test Data |
|---|---|
| | Specimen: |
| | Blood    Breath    Urine    Unable    None |
| | Analysis Results:                          Refused: |
| | 1st        g/210L    TIME:    Blood: |
| | 2nd       g/210L    TIME:    Urine: |
| | 3rd       g/210L    TIME:    Breath: |
| | Breath Test Instrument: |
| | Type:                          Machine # |
| | Operator Name and I.D. #       Date: |

**DETAINER/HOLD FOR:**

AGENCY:

LOCATION:

CHARGES:

BOND:

JUDGE:

REMARKS:

Verfication By: _____

**Right Thumb Print**

| ADLT | WRIGHT, GARY GENE | **ARREST REPORT** Pg 4 of 4   Jail # 2008024139 | ADLT |

